UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWN M. WEBSTER**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JOHN E. POTTER** ) <br> *President, Metropolitan Washington Airports* ) <br> *Auth.***,** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 15-cv-2179 (TSC) |

## ORDER OF DISMISAL

Having considered Plaintiff's Stipulation of Dismissal, (ECF No. 12), this action is hereby dismissed WITH PREJUDICE. Each party to bear its own costs.

Date:  May 10, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge